

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

James Darwin Vance, Appellant

No. 06-13-00186-CR     v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 42,130-B). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to delete the requirement to pay $1,870.00 in attorney's fees. As modified, the judgment of the trial court is affirmed.

We note that the appellant, James Darwin Vance, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 25, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk